IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

LUIS ESTEBAN RIEFKOHL RIVERA
MIRIAM NAVARRO FIGUEROA

DEBTORS

CASE NO 13-06881/BKT

CHAPTER 13

## NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN AND CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

NOW COME, LUIS ESTEBAN RIEFKOHL RIVERA and MIRIAM NAVARRO FIGUEROA, debtor in the above captioned case, through the undersigned attorney, and very respectfully state and pray:

1. Debtors are hereby submitting a proposed amended Plan, dated September 20, 2013, herewith and attached to this motion.

2. This proposed amended Plan is filed to amend the Payment Plan Schedule.

WHEREFORE debtors respectfully request the confirmation of the requested amended Plan, dated September 20, 2013.

I CERTIFY that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participant and debtors; and to all creditors and parties in interest in the present case.

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 20th day of September, 2013.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONERS
PO BOX 186
CAGUAS PR 00726
TEL. NO. (787) 744-7699

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                                  Case No. 3:13-bk-6881

RIEFKOHL RIVERA, LUIS ESTEBAN & NAVARRO FIGUEROA, MIRIAM                                 Chapter 13
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____                    ☑ AMENDED PLAN DATED: 9/20/2013
☐ PRE  ☐ POST-CONFIRMATION                    Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | 300.00 x | 3 = $ | 900.00 |
| $ | 800.00 x | 9 = $ | 7,200.00 |
| $ | 1,320.00 x | 48 = $ | 63,360.00 |
| $ | x | = $ | |
| $ | x | = $ | |

TOTAL: $ 71,460.00

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____

Periodic Payments to be made other than, and in addition to the above:
$_____ x _____ = $_____

PROPOSED BASE: $ 71,460.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,681.00

Signed: _____
Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☑ Debtor represents no secured claims.
☐ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
   Cr. _____ Cr. _____ Cr. _____
   # _____ # _____ # _____
   $ _____ $ _____ $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
   Cr. _____ Cr. _____ Cr. _____
   # _____ # _____ # _____
   $ _____ $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
   Cr. _____ Cr. _____ Cr. _____
   # _____ # _____ # _____
   $ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
   _____
5. ☐ Other: _____
6. ☐ Debtor otherwise maintains regular payments directly to:
   _____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
   ☐ Paid 100% / ☐ Other: _____
   Cr. _____ Cr. _____ Cr. _____
   # _____ # _____ # _____
   $ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
CRIM: $4,507.60
DEBTOR(S) will pay GENERAL UNSECURED in full (100% + 4.25% interest per annum), under Chapter 13 Plan.
Late filed claims filed by creditors will receive no distribution.
"Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank.
Debtor reserves the right to object claims after plan confirmation.

Attorney for Debtor R. Figueroa Carrasquillo Law Office                    Phone: (787) 744-7699

CHAPTER 13 PAYMENT PLAN

RIEFKOHL RIVERA, LUIS ESTEBAN
HC 02 BOX 19480
YABUCOA, PR 00767

CRIM
PO BOX 195387
SAN JUAN, PR 00919-5387

NAVARRO FIGUEROA, MIRIAM
HC 02 BOX 19480
YABUCOA, PR 00767

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN, PR 00902-4140

R. Figueroa Carrasquillo
Law Office
PO Box 186
Caguas, PR 00919-0186

EDUCOOP
501 PONCE DE LEON
SAN JUAN, PR 00918

AUTO CASH INC
1510 FD ROOSEVELT AVE TRIPLE S PLAZA
6
GUAYNABO, PR 00968

FIA CARD SERVICES
PO BOX 15019
WILMINGTON, DE 19886-5019

BANCO POPULAR DE PR
PO BOX 70100
SAN JUAN, PR 00936-8100

FIA CSNA
PO BOX 982235
EL PASO, TX 79998

BANCO SANTANDER
PO BOX 362589
SAN JUAN, PR 00936-2589

FIRST BANK
PO BOX 19327
SAN JUAN, PR 00910-1427

BANK OF AMERICA
FIA CARD
PO BOX 53132
PHOENIX, AZ 85072-3132

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

CITIFINACIAL
3950 REGENT BLVD S2A 283
IRVING, TX 75063-2244

SAMS
PO BOX 965004
ORLANDO, FL 32896-5004

CLARO
PO BOX 70366
SAN JUAN, PR 00936-8366

COOP A/C YABUCOENA
PO BOX 1
YABUCOA, PR 00767-0001