**UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| *In re:* <br><br> *LUIS ESTEBAN RIEFKOHL RIVERA* <br><br> *MIRIAM NAVARRO FIGUEROA* <br><br><br> *xxx–xx–1736* <br> *xxx–xx–0390* <br><br> Debtor(s) | Case No. 13–06881 BKT <br><br> Chapter 13 <br><br><br><br><br> FILED & ENTERED ON <br> *3/6/14* |

### NOTICE OF DEFECTIVE TRANSFER OF CLAIM

You are hereby notified that the Transfer of Claim requested on 03/05/2014 for claim(s) number 1 was incorrect. This transfer is hereby cancelled due to the following:

☐ Claim was WITHDRAWN
☐ Case was DISMISSED
☐ Case is CLOSED
☐ Transfer of Claim not filed by transferee/purchaser/assignee
☐ Transfer of Claim fails to comply with Official Form 210A/B
☐ Transfer must be re–filed on the correct Claim number
☐ Incorrect Case Number must be re–filed under the correct Case Number
☐ Transfer of Claim was withdrawn. See DKT.#
☑ Other Joint Debtor's name is missing. Party to re–file.

San Juan, Puerto Rico, this *March 6, 2014*

*MARIA DE LOS ANGELES GONZALEZ*
Clerk of the Court

By: *MIGDALIA GARCIA*
Deputy Clerk