IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

LUIS ESTEBAN RIEFKOHL RIVERA

MIRIAM NAVARRO FIGUEROA

    DEBTOR(S)

CASE NO. 13-06881-BKT

CHAPTER 13

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **September 24, 2013**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate is: $124,506

3. With respect to the attached payment plan:

AMENDED PLAN DATE: May 09, 2014      PLAN BASE: $71,460.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 5/14/2014

[ ] FAVORABLE      [X] UNFAVORABLE

**1. [X] FEASIBILITY 11 USC § 1325(a)(6):**

**April payment was due on the 22nd; arrears $1,255.**

2. [ ] INSUFFICIENTLY FUNDED § 1325(b):

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. [ ] OTHER:

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$319.00/$2,681.00

Atty: R FIGUEROA CARRASQUILLO

/s/ Pedro R Medina
Pedro R Medina
USDC #226614
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - SR