UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

Minute Entry

### Hearing Information:

**Debtor**: LUIS ESTEBAN RIEFKOHL RIVERA and MIRIAM NAVARRO FIGUEROA
**Case Number**: 13-06881-BKT13     **Chapter:** 13
**Date / Time / Room**: 05/22/2014 09:00 am
**Bankruptcy Judge**: BRIAN K. TESTER
**Courtroom Clerk**: AIDA MACHARGO
**Reporter / ECR**: LORI ANNIE RODRIGUEZ

### Matter:

Confirmation Hearing

### Appearances:

OSMARIE NAVARRO FOR ALEJANDRO OLIVERAS RIVERA, CHAPTER 13 TRUSTEE
ROBERTO FIGUEROA CARRASQUILLO FOR DEBTORS

### Proceedings:

**ORDER:**

Upon the debtor's request made in open court, and the trustee having no opposition, the Hearing on Confirmation is continued to 7/31/2014 at 9:00 A.M.

Deadline to Object to Confirmation of the Plan: Objections must be filed no later than fourteen (14) days prior to the hearing on confirmation as per P.R. L.B.R. 3015-2(e)(1).

SO ORDERED.

/S/BRIAN K. TESTER
U.S. Bankruptcy Judge